UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>SAM LAVORATO, JR., et al.,<br><br>Defendants. | No. 2:23-cv-00534-DJC-EFB (PC)<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed September 6, 2023, plaintiff was ordered to pay, within 14 days, the appropriate filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. That time period has now expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 19, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE