UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>SAM LAVORATO, JR., et al.,<br><br>Defendants. | No. 2:23-cv-00534-DJC-EFB (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed December 19, 2023 (ECF No. 11), are adopted in full.

2. The complaint is dismissed without prejudice for failure to pay the filing fee.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **February 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE